[No. 39881-8-II.   Division Two.   May 25, 2011.]

KIM A. HANN, *Appellant*, v. PROGRESSIVE NORTHWESTERN
INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 08-2-12175-1, Lisa R. Worswick, J., entered
September 11, 2009. *Affirmed* by unpublished opinion per
Penoyar, C.J., concurred in by Hunt and Johanson, JJ.

[No. 39926-1-II.   Division Two.   May 25, 2011.]

KAREN A. HOWARTH-TUOMEY, *Respondent*, v. RICHARD VINING
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 08-2-00978-2, Anne Hirsch, J., entered
October 9, 2009. *Affirmed in part, reversed in part,* and
*remanded with instructions* by unpublished opinion per
Hunt, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 39940-7-II.   Division Two.   May 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN C. FEASEL,
*Appellant*.

Appeal from a judgment of the Superior Court for Mason
County, No. 09-1-00278-9, Amber L. Finlay, J., entered
October 26, 2009. *Affirmed* by unpublished opinion per Jo-
hanson, J., concurred in by Penoyar, C.J., and Hunt, J.

[No. 40804-0-II.   Division Two.   May 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. A.A.S., *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 10-8-00048-3, Diane M. Woolard, J., entered
May 26, 2010. *Affirmed* by unpublished opinion per
Johanson, J., concurred in by Worswick, A.C.J., and Arm-
strong, J.